DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT A. MALDONADO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3175

[August 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502016CF003089AXXXMB.

Carey Haughwout, Public Defender, and Peggy Natale, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

KUNTZ, J.

Robert Maldonado appeals the court's denial of his motion to suppress GPS evidence. For the reasons stated in our opinion in *Maldonado v. State*, No. 4D18-1909 (Fla. 4th DCA Aug. 21, 2019), also issued today, we affirm.

*Affirmed.*

WARNER and FORST, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***